NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ADAN TAVIZON JIMENEZ, *Petitioner*.

No. 1 CA-CR 20-0239 PRPC
FILED 9-24-2020

Petition for Review from the Superior Court in Maricopa County
No. CR 2000-019168
The Honorable Arthur T. Anderson, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Adan Tavison Jimenez, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Jennifer B. Campbell, Judge Lawrence F. Winthrop, and Chief Judge Peter B. Swann[1] delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**    Petitioner Adan Tavison Jimenez seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's ninth petition.

**¶2**    Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**    We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**    We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA

---

[1] Chief Judge Peter B. Swann replaces the Honorable Kenton D. Jones, who was originally assigned to this panel.